## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **RAYMOND P. DUKE,** ) | |
|     **Plaintiff,** ) | |
| **v.** ) | |
| ) | Case No.  08-2090 |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| **sued as Michael J. Astrue,** ) | |
| ) | |
|     **Defendant.** ) | |

## REPORT AND RECOMMENDATION

  In February 2007, Administrative Law Judge Robert Senander (hereinafter "ALJ") denied disability insurance benefits to Plaintiff Raymond Duke.  The ALJ based his decision on findings that although Plaintiff's severe impairments precluded him from performing his past relevant work, Plaintiff was able to perform the requirements of other jobs that exist in significant numbers in the economy.

  In April 2008, Plaintiff filed a Complaint (#1) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Commissioner of the Social Security Administration denying benefits.  In October 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#8), and in November 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#11).  In January 2009, Plaintiff filed a Short Reply to Defendant's Memorandum in Support of Motion for Summary Affirmance (#14).

  After reviewing the administrative record and the parties' memoranda, this Court recommended, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's Motion for Summary Judgment or Remand (#8) be denied.  Consistent with the Court's reasoning in the Report and Recommendation denying motion (#8), the Court now recommends, pursuant to its

authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#11)** be **GRANTED**.

ENTER this 22nd day of June, 2009.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE