**E-FILED**
Wednesday, 29 July, 2009  11:01:42 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

_____

| | | |
|---|---|---|
| **RAYMOND P. DUKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 08-CV-2090** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| sued as Michael J. Astrue | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Reports and Recommendations (#15), (#16) were filed by Magistrate Judge David G. Bernthal in the above cause on June 22, 2009.  On July 7, 2009, Defendant, Raymond P. Duke, filed his Objection to Report and Recommendation (#17).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#15), (#16).  This court agrees that Plaintiff's Motion for Summary Judgment (#8) should be DENIED and Defendant's Motion for an Order Which Confirms the Commissioner's Decision (#11) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#15), (#16) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#8) is DENIED and Defendant's Motion for an Order Which Confirms the Commissioner's Decision (#11) is GRANTED.

(3) This case is terminated

ENTERED this 29th  day of July, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE